PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Lucesita Santiago**　　　　　Docket No. **Cr- 06-875-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Angel L. Matos** PRETRIAL SERVICES OFFICER, presenting an official report regarding defendant **Lucesita Santiago**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares** sitting in the U.S. District Court at Newark, New Jersey, on October 2, 2006, under the following conditions:

$25,000 Unsecured Appearance Bond with the following conditions of release:

1. Supervision by the Pretrial Services Agency
2. Surrender of passport and do not apply for travel documents.
3. Travel restricted to the District of New Jersey or as authorized by Pretrial Services.
4. Drug testing and treatment as deemed appropriate by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the defendant to participate in Mental Health testing and treatment as deemed appropriate by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this **26th** day of **March**, **07** and ordered filed and made a part of the records in the above case. | Executed on **3/26/07** |
| _[signature]_<br>U.S. District Judge | _[signature]_<br>Angel L. Matos<br>U.S. Pretrial Services Officer |